# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

KEONDRA MONTREL CHESTANG,                                          PLAINTIFF
ADC #134005

v.                             NO. 2:09CV00068 JLH/JTK

MARTHA WIGGINS, et al.                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for summary judgment (Doc. No. 59) is hereby DENIED.

IT IS SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE