IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEONDRA MONTREL CHESTANG,
ADC #134005                                                                                    PLAINTIFF

v.                                          2:09CV00068JLH/JTK

MARTHA WIGGINS,                                                                    DEFENDANT

## ORDER

This matter is before the Court on plaintiff's motion to compel copies of Arkansas Department of Correction policies regarding inmate searches, body cavity searches, and strip searches (Doc. No. 77). In her response, defendant states plaintiff has been provided copies of these policies since the filing of his motion, and attaches a statement to that effect signed by the plaintiff (Doc. No. 78). Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to compel (Doc. No. 77) is hereby DENIED as moot.

IT IS SO ORDERED this 2nd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE