# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KEONDRA MONTREL CHESTANG,                                         PLAINTIFF
ADC #134005

v.                              2:09-cv-00068-JLH-JTK

MARTHA WIGGINS                                                    DEFENDANT

## ORDER

Defendant shall file a Response to Plaintiff's Motions for Order for Transfer, for Jury Trial, for Copy of Deposition, and for Order to Subpoena (Doc. Nos. 87, 91, 92, 99) within 10 days of the date of this Order.

IT IS SO ORDERED this 28th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE