**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KEONDRA MONTREL CHESTANG,                                                                         PLAINTIFF
ADC #134005

v.                                    No. 2:09CV00068 JLH-JTK

MARTHA WIGGINS, Sgt., East Arkansas
Regional Unit, Arkansas Department of Correction                                                  DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Keondra Montrel Chestang is awarded judgment over defendant Martha Wiggins on his claim against her, in the amount of $1.00 in nominal damages.

An appropriate Judgment shall accompany this Order.  All pending motions are denied as moot.

IT IS SO ORDERED this 13th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE