## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

KEONDRA MONTREL CHESTANG,                                  PLAINTIFF
ADC #134005

v.                      No. 2:09CV00068 JLH-JTK

MARTHA WIGGINS, Sgt., East Arkansas
Regional Unit, Arkansas Department of Correction               DEFENDANT

### JUDGMENT

Pursuant to the Order entered in this matter on this date, judgment is hereby entered in favor of Keondra Montrel Chestang against Martha Wiggins in the amount of $1.00.

IT IS SO ADJUDGED this 13th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE