IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEONDRA MONTREL CHESTANG                                        PLAINTIFF
ADC#134005

2:09-cv-00068-JLH

MARTHA WIGGINS                                                  DEFENDANT

## REVISED ORDER

On May 25, 2011, an estimated cost of $508.20 for the transcript in the above-styled case was sent to On the Record Reporting and Transcription, Inc.

When the Transcript was received on July 12, 2011, it had the Invoice for the estimated cost of the transcript attached, and not the actual Invoice for the cost of the transcript. An Order was entered directing the Clerk's Office to pay the estimated amount of $508.20.

On July 18, 2011, On the Record Reporting and Transcription, Inc. sent an Invoice with the actual cost of the transcript, $564.20 (182 pages @3.10 pp). The Clerk of the Court is directed to issue a check to On the Record Reporting & Transcription, Inc. in the amount of $564.20 for the transcript submitted on May 25, 2011.

IT IS SO ORDERED THIS 18th day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE